IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-00969-WDM-KMT

STATE FARM FIRE AND CASUALTY COMPANY,

      Plaintiff,

v.

AL'S GAS SERVICE, INC.,

      Defendant.

---

## NOTICE OF DISMISSAL

---

      The court takes judicial notice that the parties have filed a Stipulation for

Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, the complaint

is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

      DATED at Denver, Colorado, on November 18, 2010.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States Senior District Judge